Court Name: US District Court SDO
Division: 1
Receipt Number: 100CIN006742
Cashier ID: jacksons
Transaction Date: 11/04/2009
Payer Name: MINNILLO AND JENKINS CO LPA
------------------------------
CIVIL FILING FEE
 For: MINNILLO AND JENKINS CO LPA
 Case/Party: D-OHS-1-09-CV-000815-001
 Amount:        $350.00
------------------------------
CHECK
 Remitter: MINNILLO AND JENKINS CO LPA
 Check/Money Order Num: 1000
 Amt Tendered: $350.00
------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00


A fee of $45.00 will be assessed on
all returned checks.