IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RICHARD LORETO, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>     Defendant. | Case No. 1:09-CV-815<br><br>Judge: Thomas M. Rose<br><br>**ORDER CONSOLIDATING ACTIONS AND ESTABLISHING PRELIMINARY SCHEDULE** |

  This matter having come before the Court, and the Court having considered the motion of plaintiffs Richard Loreto and Larry Buffa, and the Court having considered the question whether the *Loreto* (1:09-CV-00815) and *Buffa* (Case No. 10-CV-00066) actions (the "actions") should be consolidated pursuant to Fed.R.Civ.P. 42(a), and the Court having considered the submissions and argument of the parties, and good cause appearing therefore,

  IT IS, this 10th day of May, 2010,

  ORDERED as follows:

  1. The Court having determined based on examination of the pending complaints that the *Loreto* and *Buffa* actions involve common questions of law and fact, and all counsel in all actions having consented to their consolidation, the Court therefore consolidates them for all purposes pursuant to Fed.R.Civ.P. 42(a)(2) to proceed under case number 1:09-CV-00815;

  2. Plaintiffs shall file a Consolidated Amended Complaint in this action no later than May 17, 2010;

    3.  Defendant shall move, answer or otherwise plead in response to the Consolidated Amended Complaint on or before June 21, 2010;

    4.  If Defendant files a motion to dismiss, Plaintiffs shall have until July 12, 2010 to file a response thereto;

    5.  Defendant's reply, if any, shall be filed on or before July 26, 2010;

    6.  Defendant's motion to dismiss in Case No. 1:09-CV-00815 (Doc. 14) is denied as moot without prejudice to refiling;

    s/Thomas M. Rose

    _____
    HONORABLE THOMAS M. ROSE
    United States District Judge