UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
(AT CINCINNATI)

| | |
|---|---|
| RICHARD LORETO and LARRY BUFFA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE PROCTER & GAMBLE COMPANY,<br><br>Defendant. | Civil Action No. 1:09-cv-00815<br>(Judge Timothy S. Black) |

**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between plaintiffs Richard Loreto and Larry Buffa and defendant The Procter & Gamble Company, through their respective undersigned counsel, that this action is hereby dismissed, with prejudice. Each party agrees to pay its own costs and attorneys' fees.

| STRAUSS TROY CO., LPA | DINSMORE & SHOHL LLP |
|---|---|
| /s/ Richard Stuart Wayne<br>Richard Stuart Wayne (0022390)<br>Joseph J. Braun (0069757)<br>The Federal Reserve Building<br>150 East Fourth Street<br>Cincinnati, OH 45202-4018<br>Telephone: (513) 621-2120<br>Facsimile: (513) 629-9426<br>Email: rswayne@strausstroy.com<br>Email: jjbraun@strausstroy.com | /s/ Mark A. Vander Laan<br>Mark A. VanderLann (0013297)<br>255 East Fifth Street, Suite 1900<br>Cincinnati, OH 45202<br>Telephone: (513) 977-8238<br>Facsimile: (513) 977-8505<br>Email: mark.vanderlaan@dinsmore.com |

FARUQI & FARUQI, LLP
Anthony Vozzolo
Courtney E. Maccarone
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
Email: avozzolo@faruqilaw.com
Email: cmaccarone@faruqilaw.com

BURSOR & FISHER, P.A.
Scott A. Bursor
Joseph I. Marchese
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Email: scott@bursor.com
Email: jmarchese@bursor.com

*Attorneys for Plaintiffs*

Joanne Lichtman (*pro hac vice*)
Nicole A. Skolout (*pro hac vice*)
BAKER & HOSTETLER LLP
555 S. Flower St., Suite 4200
Los Angeles, CA 90071
Telephone: (310) 820-8800
Facsimile: (310) 820-8859
Email: jlichtman@bakerlaw.com
Email: nskolout@bakerlaw.com

Gilbert S. Keteltas (*pro hac vice*)
William DeVinney (*pro hac vice*)
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304
Telephone: (202) 861-1530
Facsimile: (202) 861-1783
Email: gketeltas@bakerlaw.com
Email: wdevinney@bakerlaw.com

*Attorneys for Defendant*
*The Procter & Gamble Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been filed electronically with the U.S. District Court this 6th day of January, 2014. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.  If a party is not given notice electronically through the Court's system a copy will be served by ordinary United States mail, first class postage prepaid, this 6th day of January, 2014.

By: */s/ Richard Stuart Wayne*
        Richard Stuart Wayne

045688.959.3545370_1.doc